UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LE VAN MINH, | No. 5:25-cv-02245-HDV-JDE |
| Petitioner, | ORDER DISMISSING ACTION AS MOOT |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Action as Moot, IT IS ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

Dated: 11/03/25 _____

_____
HERNÁN D. VERA
United States District Judge